# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA NETCHAEVA, Plaintiff, v. BAYVIEW LOAN SERVICING, LLC, et al., Defendants. | No. CV 18-06846-DSF (MAAx) Order REMANDING Case to State Court |

In light of Defendant's response to the Court's order to show cause, this case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: October 16, 2018

Dale S. Fischer
United States District Judge